U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2024 JUN 27 PM 4:11

CLERK

BY AL
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:24-cr-69-1 |
| | ) | |
| CARLOS CASTRO LANZA, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about January 28, 2024, in the District of Vermont, defendant CARLOS CASTRO LANZA, knowing and in reckless disregard of the fact that certain aliens had come to, entered into, and remained in the United States in violation of law, transported and moved those aliens within the United States in furtherance of such violations of law.

(8 U.S.C. § 1324(a)(1)(A)(ii))

TRUE BILL

FOREPERSON

NIKOLAS P. KEREST (PJV)
United States Attorney
Burlington, Vermont
June 27, 2024